RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Julio Arencibia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00253-RFB-BNW-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| JULIO ARENCIBIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Julio Arencibia, that the Sentencing Hearing currently scheduled on June 27, 2022 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for the sentencing hearing.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1     This is the second request for a continuance of the sentencing hearing.

2     DATED this 15th day of June, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
|   */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender |   */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIO ARENCIBIA,<br><br>　　　　Defendant. | Case No. 2:21-CR-00253-RFB-BNW-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, June 27, 2022 at 9:00 a.m., be vacated and continued to August 11, 2022 at the hour of 9:00 a.m.; or to a time and date convenient to the court.

　　DATED this 15th day of June 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE