RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Julio Arencibia

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00253-RFB-BNW-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| JULIO ARENCIBIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Julio Arencibia, that the Sentencing Hearing currently scheduled on August 18, 2022 at 2:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Arencibia has a pending, related state case (C-21-357095-1) that has yet to be resolved.

2.      The defense has been unable to consult with Mr. Arencibia's state attorney to determine the pending state case's status, which may have an impact on Mr. Arencibia's ultimate sentence in this case

3.      The defendant is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 10th day of August, 2022.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney


    /s/ Benjamin F. J. Nemec                     /s/ Daniel J. Cowhig
By_____        By_____
BENJAMIN F. J. NEMEC                         DANIEL J. COWHIG
Assistant Federal Public Defender           Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>JULIO ARENCIBIA,<br><br>            Defendant. | Case No. 2:21-CR-00253-RFB-BNW-1<br><br>**<u>ORDER</u>** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, August 18, 2022 at 2:00 p.m., be vacated and continued to <u>September 19, 2022</u> at the hour of <u> 9 </u>: <u>30</u> <u> a </u>.m.; or to a time and date convenient to the court.

DATED this <u>11th</u> day of August 2022.

_____

 RICHARD F.  BOULWARE, II
United States District Judge

3