# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO ARENCIBIA,<br><br>Defendant. | Case No. 2:21-cr-00253-RFB-BNW<br><br>**ORDER TO PRODUCE**<br>**JULIO ARENCIBIA, #65429-509** |

TO:   WARDEN, CLARK COUNTY DETENTION CENTER
       LAS VEGAS, NV
       UNITED STATES MARSHAL FOR THE DISTRICT OF
       NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JULIO ARENCIBIA, #65429-509,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **JULIO ARENCIBIA, #65429-509,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Friday, November 4, 2022 at the hour of 2:30 PM, in LV Courtroom 7C to attend the motion hearing in the instant matter, until the said **JULIO ARENCIBIA, #65429-509**, is released and discharged by the said Court; and that the said **JULIO**

**ARENCIBIA, #65429-509** shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 1st day of November, 2022.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**